**Order entered November 1, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00939-CV

**MATTHEW LOVITT, M.D., Appellant**

**V.**

**RAYMOND L. COLQUITT, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-03875-C**

## ORDER

Before the Court is appellee's October 31, 2018 unopposed motion to extend time to file

brief.  We **GRANT** the motion and **ORDER** the brief be filed no later than November 8, 2018.


/s/      DAVID EVANS
         JUSTICE